United States District Court
Southern District of Texas
FILED

APR 15 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDDIE VENTURA, JR. | § | |
| | § | MISC. NO. __B-98-016__ |
| VS. | § | |
| | § | |
| INTERNAL REVENUE SERVICE | § | |

### PETITION TO QUASH SUMMONS

TO SAID HONORBLE COURT:

COMSES NOW, EDDIE VENTURA, JR., and moves this Court to quash the summons issued by the Internal Revenue Service ("IRS") to Tracy White.

### I.

### JURISDICTION

The Court has jurisdiction under 26 U.S.C. § 7609(h).

### II.

### PARTIES

Eddie Ventura, Jr., hereinafter Petitioner, is a citizen and resident of the City of McAllen, Hidalgo County, State of Texas and the United States of America.

IRS is a division of the Treasury Department of the United States of America.

### IIII.

### FACTS

A Summons was issued by the IRS requiring Tracy White to appear before IRS Special Agent Linda Miranda Alvarez, or her delegate, to give testimony and to bring documents relating to possible tax liability of, and possible violation of federal internal revenue laws by, Petitioner Eddie Ventura, Jr. for the period July 1, 1996 through April

17, 1998. The Summons requires Tracy White to appear on April 17, 1998. A true and correct copy of the Summons is attached hereto as Exhibit "A" and incorporated herein for all purposes.

### IV.

Tracy White is a "third-party recordkeeper," within the meaning of 26 U.S.C. § 7609. The Undersigned is the attorney who is representing Ms. White in one or more disputes with the IRS concerning Mr. Ventura's alleged tax liability and alleged violation of the federal internal revenue laws. The information and documents sought by the IRS consist of confidential communications between Tracy White and his client Mr. Ventura. In its Summons, the IRS is requiring Tracy White to produce "Any and all records or accounts in your possession, custody, or control, relating to the disposition of insurance proceeds received from American Express in regards to insurance benefits on Linda Ventura; and any other records relating to any financial matter concerning Eddie Ventura, Jr., or his representative for the period shown above. The Summons also lists examples of the types of information they seek as including memoranda of interviews, telephone conversations and fax transmissions and Tracy White's work papers.

The testimony and documents sought by the IRS is clearly privileged. Further, the documents sought by the he IRS pursuant to its Summons is objectionable because such requests subject Mr. Ventura and, Tracy White to undue burden, unnecessary expense and is made for the sole purpose of annoying and harassing them both. The requests for documents are also objectionable in that they are unlimited in scope, vague and overly broad.

**V.**

This proceeding is instituted pursuant to 26 U.S.C. § 7609(b) to quash the Summons issued upon Tracy White.

**VI.**

WHEREFORE, PREMISES CONSIDERED, Tracy White asks that the Summons from the IRS be quashed and that an Order of Protection be issued to prevent any future summons, subpoenas or other orders to appear and give testimony or produce documents that are privileged as attorney-client communications or attorney work product. Further, Ms. White respectfully requests any and other relief to which she may show herself justly entitled.

          Respectfully submitted,

          **RODRIGUEZ, PRUNEDA, TOVAR,**
          **CALVILLO & GARCIA, P.L.L.C.**
          1111 W. Nolana
          McAllen, Texas 78504
          Telephone: (956) 687-4363
          Telefax: (956) 687-6415

          LEO S. PRUNEDA
          State Bar No. 16373400

          ATTORNEY FOR PLAINTIFF