UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
RECEIVED

MAY 18 1998

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| EDDIE VENTURA, JR. | * | |
| | * | MISC. |
| vs. | * | ~~CIVIL~~ ACTION No. B-98-016 |
| | * | |
| INTERNAL REVENUE SERVICE | * | |

## UNITED STATES OF AMERICA'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, on behalf of the Internal Revenue Service, its agency and instrumentality, by and through James H. DeAtley, United States Attorney for the Southern District of Texas, moves for a dismissal of the above-referenced action and would respectfully show unto the Court as follows:

The summons, which is the subject of this action, was issued by Special Agent Linda Alvarez of the Criminal Investigation Division, South Texas District, as part of her investigation of Eddie Ventura, Jr. for possible violation of the Internal Revenue laws. I.R.C. §§7602(a), (b), and (c)(1).

The summons sought the testimony and records from Mr. Ventura's daughter, Tracy B. White, concerning the disposition of insurance proceeds received upon the death of Mr. Ventura's wife, Linda Ventura, and any other financial matter concerning Eddie Ventura, Jr. On May 15, 1998, Special Agent Alvarez withdrew the summons at issue. See Government's Exhibit "A".

Accordingly, this action should be dismissed on the grounds of mootness.

WHEREFORE, PREMISES CONSIDERED, the United States prays that this Court grant this motion and dismiss this action, without prejudice.

Respectfully submitted,

JAMES H. DeATLEY
UNITED STATES ATTORNEY

_____
NANCY L. MASSO
Assistant United States Attorney
P.O. Box 1671
Brownsville, Texas 78522
(956) 548-2554
State Bar No. 00800490

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing United States of America's Motion to Dismiss was mailed to Leo S. Pruneda, Attorney at Law, 111 W. Nolana, McAllen, TX 78504 via certified mail, return-receipt requested on this the 18 day of MAY, 1998.

_____
NANCY L. MASSO
Assistant United States Attorney

2