

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
Criminal Investigation Division
201 E. Monroe St., Suite 2
Harlingen, Texas 78550

May 15, 1998

Person to Contact:
Linda Miranda Alvarez

Contact Telephone:
(956) 427-8630

RE: Eddie Ventura, Jr.

Leo Pruneda
Rodriguez, Pruneda, Tovar & Calvillo
1111 W. Nolana
McAllen, Texas 78504

Dear Mr. Pruneda,

This letter is to inform you that the Internal Revenue Service will not pursue enforcement of summons issued to Tracy B. White.

The Internal Revenue Service is withdrawing the summons issued to Ms. White, she is no longer required to appear or comply with summons issued April 7, 1998.

If you have any questions, please contact me at the telephone number shown above.

Sincerely,

Linda Miranda Alvarez
IRS-CID Special Agent

cc: Tracy B. White
    1948 Yellowhammer Ave.
    McAllen, Texas 78504

