UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDDIE VENTURA, JR. | * | |
| | * | MISC. |
| vs. | * | CIVIL ACTION No. B-98-016 |
| | * | |
| INTERNAL REVENUE SERVICE | * | |

### ORDER OF DISMISSAL

On today's date, this Court considered the United States of America's Motion to Dismiss the referenced action. Having considered the motion, exhibits, matters on file and arguments of counsel, this Court finds that the issues posed are moot and that the motion should be granted.

THEREFORE, IT IS ORDERED, that this case be DISMISSED.

SIGNED on this the 7 day of June, 1998 in Brownsville, TX.

_____
UNITED STATES DISTRICT JUDGE